IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )      8:07CR44
                                 )
     v.                          )
                                 )
ROBERTO ZAVALA-GARCIA,           )      ORDER
                                 )
                Defendant.       )
_____ )
```

      This matter is before the Court on defendant's motion to continue (Filing No. 32).  The Court has been advised defendant wishes to enter a plea.  Accordingly,

      IT IS ORDERED that defendant's motion is granted; a Rule 11 hearing is scheduled for:

**Friday, June 8, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Counsel needed additional time to finalize the plea agreement.  Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between April 27, 2007, and June 8, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 27th day of April, 2007.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court