IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR44 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO ZAVALA-GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Thursday, May 17, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 2nd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court